THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
MAY J. BENNETT, PLAINTIFF IN ERROR.

Submitted May 27, 1927—Decided September 15, 1927.

For the defendant in error, *John Millon.*

For the plaintiff in error, *Alexander Simpson.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by the Supreme
Court.

*For affirmance*—PARKER, KALISCH, BLACK, KATZENBACH,
CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON,
KAYS, HETFIELD, DEAR, JJ.  12.

*For reversal*—None.

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. WIL-
LIAM BROMLEY, PLAINTIFF IN ERROR.

Submitted May 27, 1927—Decided October 17, 1927.

For the defendant in error, *John Milton.*

For the plaintiff in error, *Richard Doherty.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—Parker, Kalisch, Black, Katzenbach, Campbell, Lloyd, White, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 12.

*For reversal*—None.

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. DOMINICK DeBELLIS, PLAINTIFF IN ERROR.

Submitted May 27, 1927—Decided October 17, 1927.

For the defendant in error, *John Millon.*

For the plaintiff in error, *William A. Kavanagh.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—The Chief Justice, Trenchard, Parker, Minturn, Black, Campbell, White, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 12.

*For reversal*—None.